COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| IN RE: MARIA MENDOZA, | § | No. 08-10-00360-CV |
| Relator. | § | AN ORIGINAL PROCEEDING IN |
| | § | MANDAMUS |
| | § | |
| | § | |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is a joint motion to dismiss this original proceeding. The motion is granted, and the proceeding is dismissed. The previously filed motion to dismiss for lack of subject matter jurisdiction is denied.


GUADALUPE RIVERA, Justice

March 9, 2011

Before Chew, C.J., McClure, and Rivera, JJ.